**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sharon L. Hamlin | Social Security number or ITIN  xxx–xx–6121 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 14–10384–JNP | |

# Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sharon L. Hamlin

11/5/18                                                      **By the court:** Jerrold N. Poslusny Jr.
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 14-10384-JNP
Sharon L. Hamlin                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                  Page 1 of 2             Date Rcvd: Nov 05, 2018
                              Form ID: 3180W               Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.
```
db         +Sharon L. Hamlin,    122 Coopers Kill Road,    Delran, NJ 08075-2008
cr         +Bank of America, N.A.,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,    Suite 302,
             Roseland, NJ 07068-1640
cr         +Seterus, Inc. as the authorized subservicer for Fe,    Stern Lavinthal & Frankenberg,
             105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
514650782   Bank of America, N.A.,    PO Box 660933,    Dallas, TX 75266-0933
515752199   Federal National Mortgage Assoc,    PO Box 1047,    Hartford, CT 06143-1047
515516982   Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
514463090   Music Arts Center,    c/o Credit Management Services,    2235 Mercury Way,    Suite 275,
             Santa Rosa, CA 95407-5463
514472350  +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
514463091  +PNC Mortgage,   3232 Newmark Drive,    Miamisburg, OH 45342-5433
514463092 ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
             Trenton, NJ 08646)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2018 22:08:55     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2018 22:08:55     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: WFFC.COM Nov 06 2018 03:08:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
             1451 Thomas Langston Road,    Winterville, NC 28590-8872
514463088  +EDI: BANKAMER.COM Nov 06 2018 03:08:00      Bank of America Home Loans,    Attn: Bankruptcy Dept.,
             7105 Corporate Drive, PTX-B-209,    Plano, TX 75024-4100
514651146  +EDI: BANKAMER.COM Nov 06 2018 03:08:00      Bank of America, NA,   Attn: Bankruptcy Dept,
             Mail Stop CA6-919-01-23,    400 National Way,    Simi Valley, CA 93065-6414
514463089   EDI: IRS.COM Nov 06 2018 03:08:00     Internal Revenue Service,    PO Box 7346,
             Philadelphia, PA 19101-7346
514564354   EDI: WFFC.COM Nov 06 2018 03:08:00     Wells Fargo Bank, N.A.,    P.O. Box 19657,
             Irvine, CA 92623-9657
514463093   EDI: WFFC.COM Nov 06 2018 03:08:00     Wells Fargo Dealer Services,    PO Box 25341,
             Santa Ana, CA 92799-5341
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515516983    ##Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008,
              Federal National Mortgage Association,    PO Box 2008 Grand Rapids, MI 49501-2008
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Nov 05, 2018
                              Form ID: 3180W           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
        Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A. cmecf@sternlav.com
        Jeanette F. Frankenberg    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. cmecf@sternlav.com
        John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer Services, Inc. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
        S. Daniel Hutchison    on behalf of Debtor Sharon L. Hamlin sdhteamlaw@outlook.com, backupcourt@outlook.com;sdhlawecf@gmail.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

                                                                                                                                                         TOTAL: 7